**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Action No. 14-cr-00339-RM-1

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

FLOYD LOYA-OROSCO,

        Defendant.

---

**ORDER GRANTING TRAVEL OUTSIDE THE UNITED STATES**

---

Upon report of the probation officer that the defendant has requested foreign travel and he remains in compliance with the conditions of supervised release, it is

ORDERED that the defendant, Floyd Loya-Orosco, be allowed to travel to Chihuahua, Mexico, from December 15, 2014, to December 29, 2014.

DATED at Denver, Colorado, this 3rd day of December, 2014.

BY THE COURT:

_____
RAYMOND MOORE
United States District Judge